FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 AUG -1 PM 5: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

USAO No. 2016R00038

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. ELH-16-0386 |
| **PIERRE ANTONIO WILSON,** | : | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)) |
| Defendant. | : | |

...oOo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about October 26, 2015, in the District of Maryland, the defendant,

**PIERRE ANTONIO WILSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit, one Smith & Wesson .38 Special revolver, bearing serial number 49958, and four (4) rounds of ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

_____
Rod J. Rosenstein
United States Attorney