## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **CRIMINAL NO. ELH 16-386** |
| **v.** | **:** | |
| | **:** | |
| **PIERRE WILSON** | **:** | |

### ORDER FOR DISMISSAL

On August 1, 2016, the defendant in the above captioned case was charged in a one-count information with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g). After a further examination of the evidence, the Government believes that dismissal of the case against the defendant is appropriate. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the information filed against Pierre Wilson in the above captioned case.

Stephen M. Schenning
Acting United States Attorney

By _____/s/_____
Kenneth S. Clark
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____          _____
Date                               Honorable Ellen L. Hollander
                                        United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:     1.  Defendant is not in federal custody.